**FILED**
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 1 6 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ROBERT E. POWER, JR.          :          Index No. 17-CV-6699

                    Plaintiff,    :

    -Against-                  :          <u>STIPULATION OF</u>
                               :          <u>DISCONTINUANCE</u>
NEW YORK CITY DEPARTMENT OF HOUSING :
PRESERVATION AND DEVELOPMENT, IMPACCT :
BROOKLYN, AND 1007 ATLANTIC HILL, LP :
                               :
                    Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

    **IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned that Plaintiff

ROBERT E. POWER, JR., appearing pro se, withdraws and discontinues all claims asserted in

the above action against the Defendants with prejudice.

Dated: July   , 2018

By:                                      By:
    Robert E. Power, Jr.                 Steven L. Young, Esq.
    Plaintiff Pro Se                     Wilson Elser Moskowitz Edelman
    Robert E. Power, Jr.                 & Dicker LLP
    1007 Atlantic Avenue 11238           Attorneys for Defendant Impacct
    Brooklyn, NY                         1133 Westchester Avenue
    (646) 771-0674                       White Plains, NY 10604
    rellispower@gmail.com                914-872-7252
                                         steven.young@wilsonelser.com


By:                                      By:
    Elizabeth Kim                        David K. Fiveson, Esq.
    Assistant Corporation Counsel        Butler Fitzgerald Fiveson & McCarthy, P.C.
    NYC Law Department, Office of the    Attorneys for Defendant Atlantic Hill
    Corporation Counsel                  Nine East 45th Street
    Administrative Law Division          Ninth Floor
    Attorneys for Defendant HPD          New York, New York 10017
    100 Church Street, 5-168             212-615-2200 (Office)
    New York, New York 10007             dfiveson@bffmlaw.com
    (212) 356-2196
    ckim@law.nyc.gov

7139114v.1

The application is ✓ granted.
SO ORDERED     ~~denied~~

        s/WFK

William F. Kuntz, II, U.S.D.J.
Dated:                    2018
    Brooklyn, New York